**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FAZAL HUSSAIN #A249-391-482**          **CASE NO.  1:25-CV-01916 SEC P**

**VERSUS**                               **JUDGE EDWARDS**

**U S DEPT OF HOMELAND SECURITY**        **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), noting the absence of written objections, and having determined that the Magistrate Judge's findings are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED, and FAZAL HUSSAIN #A249-391-482 is to be released under appropriate conditions of supervision.  The parties must file a notice of compliance within 24 hours of Petitioner's release.

THUS ORDERED AND SIGNED in Chambers this 23rd day of April, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**